**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 18-52185-AEC |
|  | : CHAPTER: 13 |
|  | : |
| **GLENN GILBERT** | : |
| Debtor | : |
| - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - | - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - |
| **BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,** | : |
| Movant, | : |
|  | : **CONTESTED MATTER** |
| vs. | : |
|  | : |
| **GLENN GILBERT** | : |
| **CAMILLE HOPE, Trustee** | : |
| Respondents. | : |

<u>NOTICE OF HEARING</u>

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company HAS FILED DOCUMENTS WITH THE COURT TO obtain relief from the automatic stay.

**<u>YOUR RIGHTS MAY BE AFFECTED.</u>  You should read these documents carefully and discuss them with your attorney, if you have one in this bankruptcy case.  <u>If you do not have an attorney, you may wish to consult one.</u>** If not served with this notice in accordance with the Bankruptcy Code or the Federal Rules of Bankruptcy Procedure, a copy of the motion may be obtained upon written request to counsel for the Movant (identified below) or at the Clerk's office.

If you do not want the court to grant relief from the automatic stay, or if you want the court to consider your views on the Motion for Relief from Automatic Stay (Real Property) and Waiver of § 362(e), then you or your attorney shall attend the hearing scheduled to be held on **<u>June 3, 2020 at 2:00 PM at United States Courtroom B, 433 Cherry Street, Macon, Georgia 31201.</u>**

**If you or your attorney does not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting relief.**

This notice is sent by the undersigned pursuant to LBR 9004-1.

Date:<u>4/28/20</u>

By: <u>/s/ Lisa F. Caplan</u>
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| IN RE: | : CASE NO: 18-52185-AEC |
| | : CHAPTER: 13 |
| **GLENN GILBERT** | : |
|     Debtor | : |
| **BAYVIEW LOAN SERVICING, LLC, A DELAWARE LIMITED LIABILITY COMPANY,** | : |
|     Movant, | : |
| | : **CONTESTED MATTER** |
| vs. | : |
| **GLENN GILBERT** | : |
| **CAMILLE HOPE, Trustee** | : |
|     Respondents. | : |

**MOTION FOR RELIEF FROM AUTOMATIC STAY**
**(REAL PROPERTY) AND WAIVER OF §362(e)**

Bayview Loan Servicing, LLC, a Delaware Limited Liability Company ("Movant") hereby moves this Court, pursuant to 11 U.S.C. § 362, for relief from the automatic stay with respect to certain real property of the Debtor having an address of **810 STEMBRIDGE RD, MILLEDGEVILLE, GA 31061** (the "Property"), for all purposes allowed by law, the Note (defined below), the **Security Deed** (defined below), and applicable law, including but not limited to the right to foreclose. In further support of this Motion, Movant respectfully states:

1. Movant hereby waives the requirement under §362(e) of the Code.

2. The Debtor has executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of **$122,328.98** (the "Note"). A copy of the Note is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

3. Pursuant to that certain **Security Deed** (the "**Security Deed**"), all obligations (collectively, the "Obligations") of the Debtor under and with respect to the Note and the **Security Deed** are secured by the Property. A copy of the **Security Deed** is attached hereto as Exhibit "B".

4. The legal description of the Property and recording information is set forth in the **Security Deed**, a copy of which is attached hereto, and such description and information is incorporated and made a part hereof by reference.

5. For loss mitigation options, Debtor and/or Debtor`s Counsel are directed to contact the servicer, BAYVIEW LOAN SERVICING, LLC, at 800-771-0299. As well, written correspondence may be directed to: BAYVIEW LOAN SERVICING, LLC, 4425 Ponce de Leon Blvd., 5th Floor, Coral Gables, FL 33146.

6. As of **April 22, 2020,** the outstanding Obligations are:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $98,387.12 |
| Accrued Interest | $667.39 |
| Escrow Advances | $524.99 |
| Property Preservation | $11.00 |
| Bankruptcy Fees and Costs | $600.00 |
| Suspense Balance Credit | $-6.16 |
| Grand Total | $100,184.34 |

7. In addition to the other amounts due to Movant reflected in this Motion, as of the date hereof, in connection with seeking the relief requested in this Motion, Movant has also incurred **$1,231.00** in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and expenses in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

8. As of **April 22, 2020**, there is an arrearage deficiency of $**1,618.96** (not including Bankruptcy Fees and Costs mentioned above). This figure is comprised of the following:

| Description | From | To | Quantity | Amount | Total |
|---|---|---|---|---|---|
| Missed Payment | 02/24/2020 | 03/24/2020 | 2 | $812.56 | $1,625.12 |
| Suspense Balance Credit | | | 1 | $-6.16 | $-6.16 |
| Total Arrearage Deficiency (not including Bankruptcy Fees and Costs): | | | | | $1,618.96 |

9. The estimated market value of the Property is **$68,600.00**. The basis for such valuation is **Debtor`s Schedules**.

10. Cause exists for relief from the automatic stay for the following reasons:

    a. Movant's interest in the Property is not adequately protected.

    b. Movant's interest in the collateral is not protected by an adequate equity cushion.

    c. Post-Petition payments have not been received by Movant.

    d. Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtor has no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

WHEREFORE, Movant prays that this Court issue an Order terminating or modifying the stay and granting the following:

1. Relief from the stay for all purposes allowed by law, the Note, the **Security Deed**, and applicable law, including but not limited allowing Movant (and any successors or assigns) to proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property.

2. That the Order be binding and effective despite any conversion of this bankruptcy case

to a case under any other chapter of Title 11 of the United States Code.

    3.    That the 14-day stay described by Bankruptcy Rule 4001(a)(3) be waived.

    4.    That Movant, at its option, is permitted to contact the Debtor via telephone or written correspondence regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or absolve the Debtor of the duty to file any necessary pleadings, amendments, or plan modifications that may be required with regard to such loan modification.

    5.    For such other relief as the Court deems proper.

RUBIN LUBLIN, LLC

/s/ Lisa F. Caplan                                           Date: April 28, 2020
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor

<u>CERTIFICATE OF SERVICE</u>

     I, Lisa F. Caplan of Rubin Lublin, LLC certify that I caused a copy of the Notice of Hearing and Motion for Relief from Automatic Stay (Real Property) and Waiver of §362(e) to be filed in this proceeding by electronic means and to be served by depositing a copy of same in the United States Mail in a properly addressed envelope with adequate postage thereon to the said parties as follows:

Glenn Gilbert
810 Stembridge Rd SE
Milledgeville, GA 31061

Sharon R. Jones, Esq.
Sharon R. Jones, PA
187 Roberson Mill Road
Milledgeville, GA 31061

Camille Hope
P.O. Box 954
Macon, GA 31202

United States Trustee
440 Martin Luther King Jr. Boulevard
Suite 302
Macon, GA 31201

Executed on <u>4/28/20</u>

By:<u>/s/ Lisa F. Caplan</u>
Lisa F. Caplan
GA State Bar No. 001304
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA 30071
(877) 813-0992
lcaplan@rubinlublin.com
Attorney for Creditor